UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 3 0 2022

NATHAN OCHSNER
CLERK OF COURT

Sealed

Public and unofficial staff access
to this instrument are
prohibited by court order

United States District Court
Southern District of Texas

**ENTERED**

September 01, 2022

Nathan Ochsner, Clerk

B - 2 2 - 7 4 0

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs** | § | **GRAND JURY NO. # 6** |
| **RUBEN GALLEGOS, JR.** | § | |

## SEALED
## ORDER FOR ISSUANCE OF BENCH WARRANT
## AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the defendant(s) listed below, it is hereby

ORDERED that a warrant be issued for the arrest of the defendant(s) and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Brownsville Division of this Court, such bail to be taken by a United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| **RUBEN GALLEGOS, JR.** | **NO BOND** |

ENTERED at Brownsville, Texas, this the 30th day of **AUGUST,** 2022.

_____
UNITED STATES MAGISTRATE JUDGE