PARTIALLY UN **Sealed** 9/1/22

*Public and unofficial staff access to this instrument are prohibited by court order.*

EG
03/30/2017
**BROWNSVILLE DIVISION**
FILE: 2017R04468

UN **SEALED CRIMINAL DOCKET**

NO. B-22-740

**INDICTMENT**
COUNTY: CAMERON

Filed: AUGUST 30, 2022

Judge: Rolando Olvera

**ATTORNEYS:**

**UNITED STATES OF AMERICA**
vs.

JENNIFER B. LOWERY, USA
ISRAEL CANO III, AUSA
PAUL MARIAN, AUSA

RUBEN GALLEGOS, JR.     (YOB: 1969) USC **WARRANT**     (All Counts)

**NOTICE OF FORFEITURE**

**CHARGE:** Ct. 1:  Conspiracy
Total              18 USC 371
Counts   Ct. 2:  Theft Concerning Programs Receiving Federal Funds
(2)              18 USC 666 (a)(1)(A) and (2)

**PENALTY:**  Ct. 1:  5 years and/or a $250,000 plus three years SRT
             Ct. 2:  up to 10 years and/or 250,000 fine plus 3 year supervised release

In Jail:  X
On Bond:
No Arrest:
DEA: JACOB DEZERN

**P R O C E E D I N G S:**