AO 458 (Rev. 06/09) Appearance of Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 2 2022

NATHAN OCHSNER
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the

__United States of America__ )
Plaintiff )
v. ) Case No. 1:22-CR-740-2
__Ruben Gallegos, Jr.__ )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Ruben Gallegos, Jr.__

Date: __9/2/22__

_____
Attorney's signature

Benigno (Trey) Martinez  00797011
Printed name and bar number

1201 E. Van Buren, Brownsville, TX
Address

Trey@mbmtlawfirm.com
E-mail address

956-550-4368
Telephone number

956-621-0135
FAX number