AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 2 2022

NATHAN OCHSNER
CLERK OF COURT

United States of America
_Plaintiff_

v.

Ruben Gallegos, Jr.
_Defendant_

Case No. 1:22-CR-740-Z

## APPEARANCE OF COUNSEL
Co-Counsel

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruben Gallegos, Jr.

Date: 9/2/22

_Attorney's signature_

Tomas Tijerina  24070746
_Printed name and bar number_

1201 E. Van Buren, Brownsville, TX
_Address_

TTijerina@mbmtlawfirm.com
_E-mail address_

956-550-4868
_Telephone number_

956-621-0135
_FAX number_