United States District Court
Southern District of Texas
**ENTERED**
September 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 1:22-CR-00740 |
| | § |
| RUBEN GALLEGOS, SR, *et al.*, | § |
| | § |
| Defendants. | § |

### **ORDER**

The undersigned recuses himself from the above referenced cause of action.

Signed on September 2, 2022.

_____
Rolando Olvera
United States District Judge