United States District Court
Southern District of Texas
**ENTERED**
September 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | Criminal No. 1:22-CR-00740 |
| RUBEN GALLEGOS, JR. | § | |

### DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that he/she has been charged via indictment and has received a copy thereof, HEREBY pleads not guilty to the charged contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for **September 14, 2022**.

Respectfully submitted, this ___9___ day of __September__, 2022.

Ruben Gallegos, Jr.
Printed Name of Defendant

Signature of Defendant

Benigno (Trey) Martinez
Printed Name of Attorney

Signature of Attorney for Defendant

### ORDER

Based on the affirmations contained in Defendant's Written Waiver of Arraignment above, the Court HEREBY

Accepts Defendant's waiver, excuses his/her attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for ___September 14___, 2022.

DONE at Brownsville, Texas the __12th__ day of __September__, 2022.

Ronald G. Morgan
United States Magistrate Judge

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under Waivers, using event Waiver of Presence at Arraignment, no later than *24 hours* prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.