United States District Court
Southern District of Texas
**ENTERED**
September 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 1:22-CR-740-01, 02,03 |
| § | |
| RUBEN GALLEGOS, SR § | |
| RUBEN GALLEGOS, JR § | |
| JUAN JOSE GONZALEZ § | |

## AMENDED SCHEDULING ORDER

1. Deadlines:    Motions:    **December 8, 2022**

    Any motions filed must comply with the Local Rules for the Southern District of Texas, in particular SDTX CrLR 12.2.

    Responses:    **December 15, 2022**

    If discovery is opposed, opposition must be filed immediately, and response(s) must comply with the Local Rules for the Southern District of Texas, in particular SDTX CrLR 12.3.

    ***Request(s) and objection(s) must be based on substance, not form.***

2. Motion Hearing before Judge Rodriguez:    **December 20, 2022** at 10:00 a.m.

3. Final Pretrial Conference:    **January 10, 2023** at 8:30 a.m.

    **Proposed voir dire questions and jury instructions due at Final Pretrial Conference.*
    ****A courtesy copy must be made available to the Court if it exceeds 25 pages.****

**Parties must engage in timely plea negotiations. The FPTC date is NOT a date to secure a plea agreement and review it with the defendant-client. The parties must be ready to enter a plea of guilty or proceed to trial on announcement.**

4. Jury Selection:    **January 17, 2023** at 9:00 a.m.

5. Estimated Trial Time: (5.5 hours /day)    _____ days

6. Motions for continuance must be filed at least **three (3) business days** prior to the date of the court setting and will be granted only at the Court's discretion. Motions for continuance made on the day the matter is set will not be granted absent a showing of good cause.

7. This Court's criminal docket is extremely crowded, and for purposes of docket management, this Court must be informed as to possible pre-trial disposition of cases on its docket. Therefore, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States v. Ellis*, 47 F.2d 863 (5th Cir. 1977), any plea bargain or plea agreement entered into by the parties in this cause must be made known to the Court **three (3) business days before FPTC**. No plea bargain or plea agreement entered into after this date will be honored by the Court without good cause shown for the delay.

The defendant and his/her attorney must appear for the Court settings. Failure to appear may result in additional charges being brought against the defendant.

Direct your questions about this schedule to Balvina Espinoza, Case Manager, United States District Clerk, 600 East Harrison Street, Brownsville, Texas 78520, telephone (956) 548-2756.

Signed on September 28, 2022.

_____
Fernando Rodriguez, Jr.
United States District Judge